of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. John W. Crandall* for petitioner. *Mr. George C. Sprague* for the Pioneer Import Corp., and *Mr. Arthur M. Boal* for the Tampa Inter-Ocean Steamship Co., respondents.

No. 499. O'BRIEN *v.* O'BRIEN ET AL. January 31, 1944. Petition for writ of certiorari to the Court of Appeals of Kentucky denied. MR. JUSTICE MURPHY took no part in the consideration or decision of this application. *Messrs. Rodman W. Keenon* and *Allen Prewitt* for petitioner. *Messrs. Louis Seelbach* and *William W. Crawford* for respondents.

No. 600. KELLY *v.* VIRGINIA; and

No. 601. KELLY *v.* SMYTH, SUPERINTENDENT. January 31, 1944. Petition for writs of certiorari to the Supreme Court of Appeals of Virginia denied. *Mr. Thomas H. Stone* for petitioner.

No. 505. LINN *v.* ILLINOIS. January 31, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 507. ILLINOIS EX REL. BACHALDER *v.* RAGEN, WARDEN. January 31, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 508. MEYERS *v.* RAGEN, WARDEN. January 31, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied.